## IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| IN RE: MICHAEL SABATINO, AN ALLEGED INCAPACITATED PERSON | : | No. 133 MAL 2017 |
| | : | |
| | : | |
| | : | Petition for Allowance of Appeal from |
| PETITION OF: DISABILITY RIGHTS PENNSYLVANIA | : | the Order of the Superior Court |
| | : | |

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 16th day of August, 2017, the Petition for Allowance of Appeal and the Petitioner's application for leave to amend its Petition for Allowance of Appeal are hereby **DENIED**.